

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

Revaz Chachanashvili∫
Uri Horowitz▲
Daniel Kohn▲
Yaakov Saks▲*
Jacob Singer▲
Judah Stein▲

LOCAL COUNSEL
Daniel Ruggiero△
Michael J. Ringelheim◊
Robert Tzall Σ
Aryeh Stein Ω
Marina Dzhamilova●
Avraham Cutler‡
Jonathan A. Stieglitz√

▲NJ & NY Bars   ∫NY Bar   △ME, MA, CT, RI, PA & FL Bars   ◊FL & TX Bars   ΣNV & UT Bars
Ω MD, VA & DC Bars   ●WA Bar   Ω MD, VA & DC Bars   ‡NY, AZ, & MN Bars   √CA Bar
*Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT ∫

November 4, 2016

The Honorable Judge Toianne J. Bongiovanni
United States District Court
District of New Jersey

**Via ECF**

    Re:    **<u>Domonic Porcoro v. Remex Inc.</u>**
             **Case #: 3:16-cv-00171-PGS-TJB**

Your Honor,

    We represent the Plaintiff, Domonic Porcoro, in the above referenced action, and we are pleased to report that the parties have reached an agreement to settle this case.

    Accordingly, the parties respectfully request that the Court remove any upcoming deadlines, and mark this matter to be dismissed with prejudice.

    Thank you very much for your attention and courtesies in this matter.

                                                Respectfully,

                                          */s/ Yaakov Saks*
                                            Yaakov Saks

Cc: Peter Cipparulo attorney for Defendant via ecf.