UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------x

DOMINIC PORCORO,

                   Plaintiff,

-v.-

REMEX, INC.,

                   Defendant.

-----------------------------------------------------------------------x

Case No: 3:16-cv-00171-PGS-TJB

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 10, 2016

| | |
|---|---|
| /s/Yaakov Saks | /s/Peter Cipparulo, III |
| Yaakov Saks, Esq. | Peter Cipparulo, III, Esq. |
| **RC Law Group, PLLC** | **Law Offices of Peter Cipparulo, III, LLC** |
| 285 Passaic Street | 349 Route 206, Suite K |
| Hackensack, New Jersey 07601 | Hillsborough, New Jersey 08844 |
| Phone: 201-282-6500 Ext. 101 | Phone: 908-275-8777 |
| YSaks@rclawgroup.com | petercipparulo@cipplaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: [signature]
DATED: 11/21/16